DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OLIVIA HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2213

_____

March 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

Olivia Hernandez, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.